## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUPER 8 WORLDWIDE, INC., <br><br> Plaintiff, <br><br> v. <br><br> MI PTS8 LLC, *et al.*, <br><br> Defendants. | Civil Action No.: 21-09579 (JXN)(JRA) <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

**NEALS**, District Judge

    **THIS MATTER** comes before the Court upon the Report and Recommendation ("R&R") dated October 1, 2024, by Magistrate Judge Jose R. Almonte ("Judge Almonte") (ECF No. 67), recommending that Plaintiff Super 8 Worldwide, Inc.'s ("Plaintiff") Motion to Strike the Answers of Defendants MI PTS8 LLC ("MI PTS8") and Venkat Iyer ("Iyer") and enter default (ECF No. 66) be granted with respect to MI PTS8 and denied with respect to Iyer. The parties having been advised that, pursuant to 28 U.S.C. § 636(b)(1) and L. Civ. R. 72.1(c)(2), they may file and serve objections within fourteen (14) days after receiving a copy of Judge Almonte's R&R, and no objections to the R&R have been received, and the time for objections has expired; and the Court having reviewed the reasons set forth in Judge Almonte's R&R, and for good cause shown,

    **IT IS** on this 17th day of October 2024,

    **ORDERED** that Judge Almonte's R&R dated October 1, 2024 (ECF No. 67) is **ADOPTED** as the Opinion of this Court; it is further

    **ORDERED** that Plaintiff's Motion to Strike (ECF No. 66) is **GRANTED** with respect to corporate Defendant MI PTS8, and **DENIED** with respect to individual Defendant Iyer; it is further

**ORDERED** that the Answer to the Amended Complaint filed on October 10, 2022 (ECF No. 36), as it applies to MI PTS8 *only*[1] is hereby **STRICKEN**; it is further

**ORDERED** that Plaintiff may request that the Clerk of Court enter default against Defendant MI PTS8 and file a motion for the entry of default judgment; and it is further

**ORDERED** that Plaintiff is hereby granted leave to move for summary judgment against Defendant Iyer *only*.

_____
HONORABLE JULIEN XAVIER NEALS
United States District Judge

---

[1] The Court notes that the Answer to the Amended Complaint was jointly filed on behalf of Defendants MI PTS8, Iyer, and McCune. (*See* ECF No. 36.) As such, this Order to strike the Answer applies to corporate Defendant MI PTS8 only.