# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUPER 8 WORLDWIDE, INC., a South Dakota Corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>MI PTS8 LLC, an Arizona Limited Liability Company; VENKAT IYER, an individual; and ROBERT A. MCCUNE, an individual,<br><br>      Defendants. | Civil Action No. 21-cv-9579 (JXN)(JRA)<br><br>**ORDER** |

**NEALS**, District Judge:

  Before this Court is Plaintiff Super 8 Worldwide, Inc.'s ("Plaintiff") unopposed motion for default judgment against Defendant MI PTS8 LLC ("MI PTS8"), pursuant to Federal Rule of Civil Procedure 55(b) (ECF No. 76), and unopposed motion for summary judgment against Defendant Venkat Iyer ("Iyer"), pursuant to Federal Rule of Civil Procedure 56 (ECF No. 77). Jurisdiction and venue are proper pursuant to 28 U.S.C. §§ 1332 and 1391(b), respectively. The Court has carefully considered Plaintiff's submissions and decides this matter without oral argument pursuant to Federal Rule of Civil Procedure 78(b) and Local Civil Rule 78.1(b).

  For the reasons set forth in the accompanying opinion,

  **IT IS** on this 14th day of July, 2025,

  **ORDERED** that Plaintiff's motion for default (ECF No. 76) is **GRANTED** against MI PTS8; it is further

  **ORDERED** that Plaintiff's motion for summary judgment (ECF No. 77) is **GRANTED** against Iyer as to Count Six only; it is further

**ORDERED** that Plaintiff is entitled to $63,064.84 in liquidated damages, and $56,322.10 in interest on the liquidated damages award; it is further

**ORDERED** that the Court **RESERVES** decision on attorneys' fees and costs pending the Court's review and receipt of supplemental submissions as instructed herein; it is further

**ORDERED** that, in accordance with the accompanying Opinion, Plaintiff shall file supplemental documentation regarding the attorneys' fees and costs by no later than July 28, 2025; and it is further

**ORDERED** that Plaintiff shall serve a copy of this Order and the accompanying Opinion on MI PTS8 and Iyer within ten (10) days of the date of this Order and thereafter shall promptly file proof of such service on the docket.

_____
HONORABLE JULIEN XAVIER NEALS
United States District Judge